MARGARET DUFFY, Respondent, v. YELLOW ALBANY CAB CO., INC., Appellant.— Judgment and order affirmed, with costs. All concur, except Hill, J., who dissents and votes for reversal and a new trial.

In the Matter of the Judicial Settlement of the Accounts of ANNIE E. MCCAUGHIN, as Executrix, etc., of DANIEL MCCAUGHIN, the Deceased Executor, etc., of ROBERT A. MCCAUGHIN, Deceased; and of Said ANNIE E. MCCAUGHIN, as Administratrix, etc., of ROBERT A. MCCAUGHIN, Deceased. In the Matter of the Petition of ROBERT D. MCCAUGHIN and Another to Obtain a Determination as to the Validity, Construction or Effect of a Disposition of Property Contained in the Last Will and Testament of ROBERT A. MCCAUGHIN, Deceased.— Decree unanimously affirmed, with costs to the respondent payable from the estate of Daniel McCaughin, deceased.  [136 Misc. 231.]

In the Matter of the Appraisal of the Estate of SARAH W. PALMER, Deceased, Pursuant to Article X of the Tax Law Relating to Taxable Transfers.— Order unanimously affirmed, with costs.

ROBERT B. BRUMAGIM, Respondent, v. DONALD ISBURGH, Trading under the Firm Name and Style of " AMSTERDAM COAL COMPANY," Appellant.— Judgment and order unanimously affirmed, with costs.

LOREN E. AVERY, Respondent, v. DONALD HYDE, Appellant.— Judgment and order unanimously affirmed, with costs.

STELLA RYAN, Respondent, v. THE BARNARD BAKESHOPS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, Hinman, Davis, Whitmyer and Hill, JJ.

JOHN D. KEELER and Another, Respondents, v. FRED T. LEY & CO., INC., Appellant.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of S. ANNA MUNGER and Others, Respondents, against THE ESTATE OF MARTHA ROOT STANLEY, Deceased, Appellant.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ANNA M. SWEENEY, Respondent, v. MAY C. WAIT, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements :

BENJAMIN P. WHEAT, Respondent, v. FRANK L. HOLMES, Individually and as Copartner, Doing Business under the Name of FRANK L. HOLMES & COMPANY, Appellant, Impleaded with GEORGE G. WHEAT, Individually and as Copartner, etc., Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.

WILLIAM J. ROE, Appellant, v. MILDRED P. JESSUP, Individually and as Administratrix, etc., of FLOYD V. PARKHURST, Deceased, and THOMAS T. PARKHURST, Administrator of FLOYD V. PARKHURST, Deceased, Respondents. MILDRED P. JESSUP, Respondent, v. WILLIAM J. ROE and Others, Appellants.— Judgments unanimously affirmed, with one bill of costs.